UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: : <br> : <br> Microfibres, Inc. : <br>     Debtor. : <br> : <br> JOSEPH M. DIORIO, Chapter 7 : <br> Trustee of Microfibres, Inc., : <br>     Plaintiff : <br> : <br> v. : <br> : <br> MONROE STAFFING SERVICES, LLC, : <br>     Defendant. : | B.K. No.: 16-10154 <br><br><br><br> Adv. Pro. No.: 18-01024 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Fed.R.Bankr.Pro. 9032, the above matter is dismissed with prejudice, no interest, no costs.

Respectfully submitted,

| | |
|---|---|
| JOSEPH M. DIORIO, Chapter 7 Trustee of Microfibres, Inc. <br> By his attorneys, | MONROE STAFFING SERVICES LLC. <br> By its Attorneys, |
| /s/ *Amanda M. Perry* <br> Amanda M. Perry   (#9738) <br> DIORIO LAW OFFICE <br> 144 Westminster Street, Suite 302 <br> Providence, RI  02903 <br> 401 632-091/401 632-0751 Fax <br> amperry@dioriolaw.com | /s/ *Charles A. Pisaturo, Jr.* <br> Charles A. Pisaturo, Jr., Esq. (#4615) <br> LAW OFFICES OF CHARLES A. PISATURO, JR. <br> 1055 Elmwood Avenue <br> Providence, RI 02907 <br> 401274-3800 <br> charles@pisaturolaw.com |

June 26, 2018